No. 454. WILKES v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied.

No. 461. LIFETIME SIDING, INC. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Thomas C. Hartzell* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for the United States.

No. 401. CHEMICAL BANK NEW YORK TRUST Co., TRUSTEE v. THE WESTHAMPTON, FORMERLY THE MONTAUK POINT. C. A. 4th Cir. Motion of the Government of the Bundesrepublik Deutschland for leave to file brief, as *amicus curiae,* granted. Certiorari denied. *William A. Grimes* for petitioner. *David R. Owen, Sol C. Berenholtz* and *Solomon Kaplan* for Fertex Steamship Corp. et al., and *Bethuel M. Webster* for Kheel et al., intervenors below. *H. Struve Hensel* for the Government of the Bundesrepublik Deutschland, as *amicus curiae.*

No. 429. CONFEDERATED SALISH AND KOOTENAI TRIBES OF THE FLATHEAD RESERVATION v. UNITED STATES. Ct. Cl. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *John W. Cragun* and *Richard A. Baenen* for petitioners. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 441. SCHWARTZ v. EATON ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Sidney L. Garwin* for petitioner. *Carl E. Newton* and *M. Lauck Walton* for respondents Eaton et al. and *Thomas F. Daly* for respondent Young.